UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

          Plaintiff(s)                      Civil No. 13-CV-11458

v.                                                   Honorable Sean F. Cox
                                                   Magistrate Judge David R. Grand

SCOTT MILLER,

          Defendant(s).
_____/

## NOTICE TO APPEAR FOR TELEPHONIC STATUS/SCHEDULING CONFERENCE

      You are notified to appear before U.S. Magistrate Judge David R. Grand to participate in a Telephonic Status/Scheduling Conference on **Monday, September 16, 2013, at 10:00 a.m**. in the above-captioned case.

      **The Court will initiate the call to all parties.  By Friday, September 13, 2013, the parties shall provide the court with respective landline telephone numbers where they may be reached for the call.**

      **On or before Monday, September 2, 2013**, Plaintiff shall initiate and convene a conference with all counsel in accordance with Fed. R. Civ. P. 26(f).  **A joint Rule 26(f) report and discovery plan must be filed with the court by Monday, September 9, 2013**.  In addition to the requirements set forth in Rule 26(f), the parties' joint report must address:

1. The background of the action, including a brief summary of the parties' respective claims and defenses;

2. Topics which may require expert discovery/testimony;

3. Proposed amendments to the pleadings;

4. Issues relating to the preservation of discoverable information;

5. Anticipated discovery disputes and discovery progress;

6. Anticipated motions;

7. The use of alternative dispute resolution programs (*e.g.*, facilitation, arbitration, case evaluation) to resolve the litigation; and

8. The status of any settlement discussions which have taken place to date.

Dated:  August 13, 2013                                s/Felicia M. Moses
     Ann Arbor, Michigan                         FELICIA M. MOSES
                                                      CASE MANANGER