**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MALIBU MEDIA, LCC,

      Plaintiff,

Civil Action No.: 13-11458
Honorable Sean F. Cox
Magistrate Judge David R. Grand

v.

SCOTT MILLER,

      Defendant.
_____/

## ORDER ON MOTION TO EXTEND DISCOVERY DEADLINE [31]

Before the Court is Plaintiff Malibu Media LLC's motion to extend the discovery deadline from the original date of July 7, 2014. [31]. The Court held an informal telephone conference between the parties on the motion on July 11, 2014, wherein the parties agreed to extend the discovery deadline 60 days. Therefore, the motion **[31]** is **GRANTED** and discovery in this matter shall now close on **September 7, 2014**. As a result of this extension, dispositive motions in this case will be due **on or before October 7, 2014**.

    **IT IS SO ORDERED.**

Dated: July 11, 2014                       s/David R. Grand
                                             DAVID R. GRAND
                                             UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2014.

                                                s/Eddrey O. Butts
                                                Eddrey O. Butts
                                                Case Manager